UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IXCHELL L.; E.T.S, a minor child;
and E.T.S., a minor child,

        Petitioners,

v.

PAMELA BONDI, ET AL.,

        Respondents.

**ORDER GRANTING
WRIT OF HABEAS CORPUS**

Civil File No. 26-00847 (MJD/JFD)

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 3, 2026. [Doc. 6.] Respondents filed a partial objection to the R&R stating, in pertinent part, that the issue presented in the petition is now moot. [Doc. 7 at 1.] Specifically, Respondents state that on February 4, 2026, Petitioners were released from detention in Texas, returned to Minnesota, and released together from the Whipple Building. [Id. at 2.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioners' petition for writ of Habeas Corpus **[Doc. 1]** is **GRANTED** as to release from detention.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 7, 2026                         s/ Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court