# UNITED STATES DISTRICT COURT
## District of Minnesota

Ixchell Indira Leon-Silvera, E.T.S., E.T.S.,

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-847 (MJD/JFD)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioners' petition for writ of Habeas Corpus **[Doc. 1]** is **GRANTED** as to release from detention.

Date: 2/9/2026

KATE M. FOGARTY, CLERK