UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IXCHELL L.; E.T.S, a minor child;
and E.T.S., a minor child,

        Petitioners,        **ORDER ADOPTING REPORT AND RECOMMENDATION**

v.        Civil File No. 26-00847 (MJD/JFD)

PAMELA BONDI, ET AL.,

        Respondents.

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 3, 2026. [Doc. 6.] Respondents filed a partial objection to the R&R stating, in pertinent part, that the issue presented in the petition was moot because on February 4, 2026, Petitioners were released from detention in Texas, returned to Minnesota, and released together from the Whipple Building. [Doc. 7 at 1-2.] The Court therefore granted Petitioner's petition for writ of habeas corpus. [Doc. 8.]

Based on the foregoing information, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that the Court Adopts** the

Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 3, 2026 as to the Petitioners' immediate release from detention.

**[Doc. 6.]**

Dated:  February 9, 2026               <u>s/ Michael J. Davis</u>
                                       Michael J. Davis
                                       United States District Court