# UNITED STATES DISTRICT COURT
## District of Minnesota

Ixchell Indira Leon-Silvera, E.T.S., E.T.S.,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-847 MJD/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**the Court Adopts** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 3, 2026 as to the Petitioners' immediate release from detention. **[Doc. 6.]**

Date: 2/9/2026

KATE M. FOGARTY, CLERK