UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ixchell L.-S.; E.T.S., a minor child;
and E.T.S., a minor child,

    Petitioners,

  v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-847 (MJD/JFD)

---

Kira Aakre Kelley, Climate Defense Project, Counsel for Petitioner.
David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On February 7, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus. [Doc. 8.] Respondents had notified the Court on February 5, 2026 in their Partial Objection to the R&R and Suggestion of Mootness that Petitioner had been released from custody on February 4, 2026. [Doc. 7.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioners Ixchell L.-S., E.T.S., and E.T.S.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court