# UNITED STATES DISTRICT COURT

## District of Minnesota

Ixchell Indira Leon-Silvera,
E.T.S and E.T.S.

Petitioners,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00847 MJD/JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioners Ixchell L.-S., E.T.S., and E.T.S.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/11/2026

KATE M. FOGARTY, CLERK